UNITED STATES DISTRICT COURT

__EASTERN__   **District of**   __CALIFORNIA__

| | |
|---|---|
| RAYMOND WILLIAM HYDE,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE    1:12-CV-00877-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

    X    The clerk is directed to file the complaint.

    X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this    30th    day of    May   ,   2012   .


                                                /s/ Barbara A. McAuliffe
                                                Signature of Judicial Officer

                                      BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                Name and Title of Judicial Officer