UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| RAYMOND WILLIAM HYDE,<br>        Plaintiff<br><br>              V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE        1:12-CV-00877-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

  X  The clerk is directed to file the complaint.

  X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____


ENTER this  __30th__  day of  __May__ , __2012__ .


                                                       __/s/ Barbara A. McAuliffe__
                                                       Signature of Judicial Officer

                                                       BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                       Name and Title of Judicial Officer