Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
RAYMOND WILLIAM HYDE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WILLIAM HYDE ) | Case No.: 1:12-cv-877 BAM |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, up to and including February 19, 2013, in which to file Opening Brief. All other deadlines set forth in the May 31, 2012 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated: **January 22, 2013**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26