UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WILLIAM HYDE ) | Case No.: 1:12-cv-877 BAM |
| ) | |
| Plaintiff, ) | ORDER APPROVING PARTIES' |
| v. ) | STIPULATION FOR THIRTY-DAY |
| ) | EXTENSION TO RESPOND TO |
| CAROLYN W. COLVIN, Acting ) | PLAINTIFF'S OPENING BRIEF; DENYING |
| Commissioner of Social Security,[1] ) | DEFENDANT'S MOTION FOR A 30-DAY |
| ) | EXTENSION AS MOOT |
| Defendant. ) | |
| ) | |

Having reviewed the Stipulation of the Parties (Doc. 18), the Court APPROVES the Parties' Stipulation for a thirty (30) extension of time for Defendant to respond to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than April 18, 2013. The Court's scheduling order (Doc. 5) shall be modified accordingly.

/././

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Additionally, based on the Stipulation of the Parties (Doc. 18), Defendant's motion for a thirty (30) day extension of time to file his opposition to Plaintiff's opening brief (Doc. 17) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 20, 2013**                         /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE