UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RAYMOND WILLIAM HYDE,<br><br>   Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>   Defendant.[1] | ) CASE NO. 1:12-cv-00877-BAM<br>)<br>) ORDER GRANTING DEFENDANT A<br>) SEVEN-DAY EXTENSION TO RESPOND<br>) TO PLAINTIFF'S OPENING BRIEF<br>)<br>)<br>)<br>) |

**ORDER**

Having considered Defendant's motion for an extension of time to file its opposition brief, as well as Plaintiff's non-opposition to the request, the Court finds there is good cause to grant the motion. Defendant's opposition brief shall be filed on or before April 25, 2013.

IT IS SO ORDERED.

 Dated: **April 29, 2013**     /s/ *Barbara A. McAuliffe*
                   UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).